JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MARK L.C., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 8:24-cv-00726-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the Commissioner's decision is reversed, and this matter is remanded payment of benefits.

DATED: January 22, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1